IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LAKOTA J. NORTON,

    Plaintiff,

v.

JOHN AND/OR JANE DOE HEALTH SERVICES MANAGER, NURSE CLINICIAN GIBBONS, MAUREEN G. WHITE, DR. NORGE, LINDZEY WALKER, T. NELSON, ARISMAN, FABRY, MICHAEL DITTMAN, LUCAS WEBER, and LIEUTENANT OLSON,

    Defendants.

Case No. 19-cv-968-slc

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case without prejudice.

| | |
|---|---|
| /s/ | 8/26/2021 |
| Peter Oppeneer, Clerk of Court | Date |